THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR VALLEJO, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC, *et al.*, <br><br> Defendants. | CASE NO. C21-1548-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Midland Credit Management, Inc. ("Midland Credit") and Defendant Gordon, Aylworth & Tami, PC's unopposed motions for an extension of time to respond to Plaintiff's Complaint. (Dkt. Nos. 6, 7.) Having considered the parties' assertions that Plaintiff does not oppose either motion, and the relevant record and finding good cause, the Court hereby GRANTS the motions. Defendants Midland Credit and Gordon, Aylworth, & Tami, PC shall respond to the complaint no later than December 6, 2021.

//
//
//

1 | DATED this 2nd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk