UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR VALLEJO, a Washington resident,<br><br>   Plaintiff,<br><br>        v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>A California corporation and licensed out of state collection agency,<br>GORDON, AYLWORTH, & TAMI, PC,<br>an Oregon corporation,<br><br>   Defendants. | NO: 2:21-cv-01548-JCC<br><br>NOTICE OF SETTLEMENT<br><br><br>**(CLERKS ACTION REQUIRED)** |

TO: CLERK OF THE COURT
    GARRETT GARFIELD – Attorney for Midland
    ROBERT SABIDO – Attorney for GAT

    PLEASE TAKE NOTICE that the parties have reached a settlement of all claims in this matter. Plaintiff requests this Court strike all further deadlines and issue an order dismissing this matter pursuant to FRCP 41.

    DATED March 2, 2022

LITIGATION PRACTICE GROUP

_/s/ Peter M. Schneider_
Peter M. Schneider, WSBA# 43131
Attorney for Plaintiff
10900 NE 4th St, Ste. 2300
Bellevue, WA 98004
Tel: 425-215-2295
Fax: 425-609-0066
Email: Peter@lpglaw.com

NOTICE OF SETTLEMENT - 1

LITIGATION PRACTICE GROUP
10900 NE 4th St, Ste. 2300
Bellevue, Washington 98004
Telephone: (425) 215-2295
Facsimile: (425) 609-0066

## DECLARATION OF SERVICE

I, Peter Schneider, am a resident of the State of Washington, over the age of 18 and competent to make this declaration herein. On the date indicated below, I served the foregoing document to the following recipients in the manner described below:

rsabido@cosgravelaw.com
garrett.garfield@hklaw.com

☐ USPS first class mail
☒ E-mail
☐ Facsimile
☐ Other

DATED March 2, 2022

_____
Peter M. Schneider

NOTICE OF SETTLEMENT - 2

LITIGATION PRACTICE GROUP
10900 NE 4th St, Ste. 2300
Bellevue, Washington 98004
Telephone: (425) 215-2295
Facsimile:  (425) 609-0066