THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR VALLEJO, | CASE NO. C21-1548-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., *et. al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court, having been informed of the parties' settlement (Dkt. No. 13), hereby ORDERS as follows: Within 30 days of this order, the parties must file a stipulated notice of dismissal without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or show cause why this case should not be dismissed with prejudice based on their settlement.

DATED this 31st day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1548-JCC
PAGE - 1